UNITED STATES BANKRUPTCY COURT

WESTERN DISTRICT OF TENNESSEE

In re:  (1) Ahmad Alhouwari                                          Case No. 19-20642

     (2)

Debtor(s).                                                                          Chapter 13

# CHAPTER 13 PLAN

ADDRESS:   (1) <u>8727 Walnut Grove Rd., Cordova, TN 38018</u>     (2)

PLAN PAYMENT:

DEBTOR (1) shall pay ___$100.00_____ [X] weekly, ☐ every two weeks, ☐ semi-monthly, or ☐ monthly

☐ PAYROLL DEDUCTION from:

OR ☑ DIRECT PAY.

DEBTOR (2) shall pay _____ ☐ weekly, ☐ every two weeks, ☐ semi-monthly, or ☐ monthly

☐ PAYROLL DEDUCTION from:

OR ☑ DIRECT PAY.

1. THIS PLAN [Rule 3015.1 Notice]:

(A) CONTAINS A NON-STANDARD PROVISION. [See plan provision #19]     ☐ Yes  ☑ No

(B) LIMITS THE AMOUNT OF A SECURED CLAIM BASED ON A VALUATION OF THE COLLATERAL FOR THE CLAIM. [See plan provisions #7 and #8]     ☐ Yes  ☑ No

(C) AVOIDS A SECURITY INTEREST OR LIEN. [See plan provision #12].     ☐ Yes  ☑ No

2. **ADMINISTRATIVE EXPENSES:** Pay filing fee and Debtor(s)' attorney fee pursuant to Confirmation Order.

3. **AUTO INSURANCE:** ☐ Included in Plan; OR ☑ Not included in Plan; Debtor(s) to provide proof of insurance at §341 meeting.

4. **DOMESTIC SUPPORT:**

Paid by: ☑ Debtor(s) directly, ☐ Wage Assignment, OR ☐ Trustee to:

Monthly Payment

-NONE-

5. **PRIORITY CLAIMS:**

-NONE-

6. HOME MORTGAGE CLAIMS:

Paid by: ☐ Paid directly by debtor(s); OR ☐ Paid by Trustee to:

Monthly Payment

-NONE-

7. SECURED CLAIMS:

| [Retain lien 11 U.S.C. §1325 (a)(5)] | Value of Collateral | Rate of Interest | Monthly Plan Payment: |
|---|---|---|---|
| Carmax | 10000.00 | 5.25 | 125.00 |
| Fifth Third Bank | 10000.00 | 5.25 | 125.00 |

8. SECURED AUTOMOBILE CLAIMS FOR DEBT INCURRED WITHIN 910 DAYS OF FILING, AND OTHER SECURED CLAIMS FOR DEBT INCURRED WITHIN ONE YEAR OF FILING:

[Retain lien 11 U.S.C. §1325 (a)]    Value of Collateral    Rate of Interest    Monthly Plan Payment:

-NONE-

9. SECURED CLAIMS FOR WHICH COLLATERAL WILL BE SURRENDERED; STAY IS TERMINATED UPON CONFIRMATION FOR FOR THE LIMITED PURPOSE OF GAINING POSSESSION AND COMMERCIALLY REASONABLE DISPOSAL OF COLLATERAL:

-NONE-

10. SPECIAL CLASS UNSECURED CLAIMS:

Amount    Rate of Interest    Monthly Plan Payment:

-NONE-

11. STUDENT LOAN CLAIMS AND OTHER LONG TERM CLAIMS:

-NONE-

12. THE JUDICIAL LIENS OR NON-POSSESSORY, NON-PURCHASE MONEY SECURITY INTEREST(S) HELD BY THE FOLLOWING CREDITORS ARE AVOIDED TO THE EXTENT ALLOWABLE PURSUANT TO 11 U.S.C.§522(f):

13. ABSENT A SPECIFIC COURT ORDER OTHERWISE, ALL TIMELY FILED CLAIMS, OTHER THAN THOSE SPECIFICALLY PROVIDED FOR ABOVE, SHALL BE PAID AS GENERAL UNSECURED CLAIMS.

14. ESTIMATED TOTAL GENERAL UNSECURED CLAIMS:  $8,640.00.

15. **THE PERCENTAGE TO BE PAID WITH RESPECT TO NON-PRIORITY, GENERAL UNSECURED CLAIMS IS:**

☐ OR,

☑ THE TRUSTEE SHALL DETERMINE THE PERCENTAGE TO BE PAID AFTER THE PASSING OF THE FINAL BAR DATE.

16. **THIS PLAN ASSUMES OR REJECTS EXECUTORY CONTRACTS:**

-NONE-

17. **COMPLETION:** Plan shall be completed upon payment of the above, approximately <u>60</u> months.

18. **FAILURE TO TIMELY FILE A WRITTEN OBJECTION TO CONFIRMATION SHALL BE DEEMED ACCEPTANCE OF PLAN.**

19. **NON-STANDARD PROVISIONS(S):**
_____.
ANY NON-STANDARD PROVISIONS STATED ELSEWHERE IS VOID.

20. **CERTIFICATION: THIS PLAN CONTAINS NO NON-STANDARD PROVISIONS EXCEPT THOSE STATED IN PROVISION 19.**

<u>/s/ John Dunlap</u>
Attorney

DATE: <u>01/23/2019</u>

Debtor(s)' Attorney Signature or Pro Se Debtor(s)' Signature